David K. W. Wilson, Jr.
MORRISON, SHERWOOD, WILSON & DEOLA
401 North Last Chance Gulch
Helena, MT  59601
(406) 442-3261
(406) 443-7294 (Fax)
kwilson@mswdlaw.com
rfolsen@mswdlaw.com

*Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA, MISSOULA DIVISION

| | |
|---|---|
| JON BEARDEN<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>NORTHWEST COLLECTORS,<br><br>　　　　　　Defendant. | Cause No.: CV-17-150-M-DLC-JCL<br><br>**PLAINTIFF'S RULE 41 NOTICE OF DISMISSAL WITH PREJUDICE** |

COME NOW Plaintiff, Jon Bearden, and gives notice to the Court of the dismissal of this matter, pursuant to Rule 41(a)(1)(A)(i), Fed. Rules Civ. Pro. Defendant Northwest Collectors has not yet appeared, and the parties have reached a resolution of the case.

DATED this 5th day of December, 2017.

　　　　　　　　　　　　　By:  /s/ David K. W. Wilson, Jr.
　　　　　　　　　　　　　　　David K. W. Wilson, Jr.
　　　　　　　　　　　　　　　Morrison Sherwood Wilson & Deola PLLP
　　　　　　　　　　　　　　　*Attorneys for Plaintiff*

1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 5th day of December, 2017, a true and correct copy of the foregoing was served to:

Robert M. Carlson
Corrette Black Carlson & Mickelson
129 West Park Street
P.O. Box 509
Butte, MT 59703


By: /s/ David K.W. Wilson, Jr.
     David K.W. Wilson, Jr.